UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-80141

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENIA ELIZABETH VASQUEZ DUBON,

    Defendant.

_____/

## **COMPLAINT**

Plaintiff, the United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, alleges as follows:

### **JURISDICTION AND VENUE**

1.    This action is brought by the United States pursuant to 28 U.S.C. § 1345 as the Plaintiff is the United States of America.

2.    Venue lies in this district pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1395(a) in that the events giving rise to the Plaintiff's claims occurred in the Southern District of Florida, and because the Defendant resides within the Southern District of Florida.

### **GENERAL ALLEGATIONS**

3.    Defendant is indebted to the United States for a civil penalty assessed for her willful failure or refusal to depart form the United States pursuant to a final order of removal.

4.    The civil monetary penalty is owed pursuant to 8 U.S.C. § 1324d(a) and may be recovered in a civil suit pursuant to 8 U.S.C. § 1330(a).

5.    On July 22, 2022, an Immigration Judge entered an Order of Removal against

Defendant. *See* Exhibit A, Order of the Immigration Judge. The order of removal became final upon expiration of the time allotted for an appeal if the respondent does not file an appeal within that time, pursuant to 8 C.F.R. § 1241.1(c).

6.     The time allotted for an appeal of the Order of Removal expired on August 23, 2022. *See* Exhibit B, Board of Immigration Appeals ("BIA") Dismissal, dated July 11, 2023. As noted in the BIA opinion, the Defendant's appeal was one day late. United States Immigration and Customs Enforcement ("ICE") used the BIA dismissal date, July 11, 2023, as the start date for purposes of imposing the penalty for her failure to depart.

7.     On July 22, 2022, pursuant to 8 U.S.C. § 1229a(c)(5), as referenced in the Order of Removal, the Defendant was advised of the penalties under the Immigration and Nationality Act ("INA"), §274D(a), 8 U.S.C. § 1324d(a), including that a willful failure or refusal to depart from the United States pursuant to the order would subject Defendant to a civil monetary penalty for each day Defendant is in violation of the order. *See* Exhibit A, Order of the Immigration Judge.

8.     Defendant thereafter has willfully failed or refused to depart from the United States, in defiance of that order.

9.     Pursuant to 8 C.F.R. § 280.53(b)(14), the penalty for Defendant's willful failure to depart is set at $998 per day for each day of violation.

10.     ICE prepared and served a Notice of Intent to Fine on the Defendant on June 6, 2025, by certified mail at her last known address, 1171 NW 15th Ct., Apt. 5, Boca Raton, FL 33486. *See* Exhibit C. Upon the expiration of the 30-day response period under 8 CFR § 280.12, and having received no objection from the Defendant, ICE issued a Final Order, imposing a penalty under INA § 274D. *See* Exhibit D. ICE served an Invoice on the Defendant Demanding payment by July 24, 2025, on July 14, 2025. *See* Exhibit D.   A past due notice was served on the Defendant July 25,

2025. *See* Exhibit E.

11.     No payment has been made to satisfy the debt, and government databases show no record of departure for the debtor. *See* Exhibit F, Certificate of Indebtedness.

12.     As of November 24, 2025, the total debt owed by the Defendant pursuant to 8 U.S.C. § 1324d(a) for her willful failure and refusal to depart from the United States was $668,390.95. Daily penalties continue to accrue. *See* Exhibit F.

13.     Pursuant to the Servicemembers Civil Relief Act, the Plaintiff has researched and determined that the Defendant is not on active military duty.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, United States of America, seeks entry of a judgment in favor of the Plaintiff against the Defendant in the amount of $668,390.95, plus interest and penalties that have accrued to the date of judgment, and thereafter, interest accruing at the legal rate pursuant to 18 U.S.C. § 1961.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _____
     Brett R. Geiger
     Court No.: A5502622
     Assistant United States Attorney
     Brett.Geiger@usdoj.gov
     99 N.E. 4th Street, 3rd Floor
     Miami, FL 33132-2111
     Tel No.: 305.961.9190

3