

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**MIAMI IMMIGRATION COURT**



GOVERNMENT
EXHIBIT

**A**

Respondent Name:

VASQUEZ-DUBON, KENIA ELIZABETH

To:

Delgado, Jacqueline
200 Butler Street
Suite 305
West Palm Beach, FL 33407

A-Number:

███████

Riders:

In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
07/22/2022

## ORDER OF THE IMMIGRATION JUDGE

☒ This is a summary of the oral decision entered on 07/22/2022.
The oral decision in this case is the official opinion, and the immigration court issued this summary for the convenience of the parties.

☐ Both parties waived the issuance of a formal oral decision in this proceeding.

### I. Removability

The immigration court found Respondent ☐ removable ☒ inadmissible under the following Section(s) of the Immigration and Nationality Act (INA): 212(a)(7)(A)(i)(I)

### II. Applications for Relief

Respondent's application for:

A. Asylum/Withholding/Convention Against Torture
☒ Asylum was ☐granted ☒denied ☐withdrawn.
☒ Withholding of Removal under the INA was ☐granted ☒denied ☐withdrawn.
☒ Withholding of Removal under the Convention Against Torture was ☐granted ☒denied ☐withdrawn.
☐ Deferral of Removal under the Convention Against Torture was ☐granted ☐denied ☐withdrawn.
☐ Respondent knowingly filed a frivolous application for asylum after notice of the consequences.

B. Cancellation of Removal
☐ Cancellation of Removal for Lawful Permanent Residents under INA § 240A(a) was
☐granted ☐denied ☐withdrawn.

☐ Cancellation of Removal for Nonpermanent Residents under INA § 240A(b)(1) was
☐granted ☐denied ☐withdrawn.

☐ Special Rule Cancellation of Removal under INA § 240A(b)(2) was
☐granted ☐denied ☐withdrawn.

C. Waiver

☐ A waiver under INA §      was ☐granted ☐denied ☐withdrawn.

D. Adjustment of Status

☐ Adjustment of Status under under INA §      was ☐granted ☐denied ☐withdrawn.

E. Other

### III.   Voluntary Departure

☐ Respondent's application for ☐ pre-conclusion ☐ post-conclusion voluntary departure was
☐granted ☐denied ☐withdrawn.

☐ Further information regarding voluntary departure is attached.

### IV.   Removal

☒ Respondent was ordered removed to  Honduras.

☐ In the alternative, Respondent was ordered removed to

### V.   Other

☐ Proceedings were ☐ terminated ☐ administratively closed.

☒ Respondent was advised of the limitation on discretionary relief for failure to appear as ordered.

☐ Respondent's status was rescinded under INA § 246.

☒ Other:

Respondent was advised of the penalties under INA section 274D(a).

Immigration Judge: Nettles, Marsha  07/22/2022

Appeal:   Department of Homeland Security:   ☒ waived   ☐ reserved
Respondent:   ☐ waived   ☒ reserved

Appeal Due: 08/22/2022

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service

To: [  ] Noncitizen | [  ] Noncitizen c/o custodial officer | [ M ] Noncitizen's atty/rep. | [ P ] DHS

By: Hall, Venus , Court Staff

Date: 07/24/2022