

GOVERNMENT EXHIBIT

**B**



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*



*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

| | |
|---|---|
| **Weiss, Jan Peter**<br>**Jan P. Weiss, PA**<br>**7810 S. Dixie Highway  Second Floor**<br>**West Palm Beach  FL  33405** | **DHS/ICE Office of Chief Counsel - MIA**<br>**333 SOUTH MIAMI AVE., SUITE 200**<br>**Miami FL 33130** |

Name: VASQUEZ-DUBON, KENIA ELIZA   A ▮▮▮▮▮▮

Date of this Notice:   7/11/2023

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

*Donna Carr*

Donna Carr
Chief Clerk

Enclosure

Userteam: <u>Docket</u>

*GS*



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

VASQUEZ-DUBON, KENIA ELIZABETH
1171 NW 15th Ct
Apt. 5
Boca Raton  FL  33486

DHS/ICE Office of Chief Counsel - MIA
333 SOUTH MIAMI AVE., SUITE 200
Miami FL 33130

Name: VASQUEZ-DUBON, KENIA ELIZA   A ▓▓▓▓▓▓▓

Date of this Notice:    7/11/2023

Enclosed is a copy of the Board's decision in the above-referenced case. This copy is being provided to you as a courtesy. Your attorney or representative has been served with this decision pursuant to 8 C.F.R. § 1292.5(a). If the attached decision orders that you be removed from the United States or affirms an Immigration Judge's decision ordering that you be removed, any petition for review of the attached decision must be filed with and received by the appropriate court of appeals within 30 days of the date of the decision.

Sincerely,

*Donna Carr*

Donna Carr
Chief Clerk

Enclosure

Userteam: Docket

**NOT FOR PUBLICATION**

U.S. Department of Justice
Executive Office for Immigration Review
Board of Immigration Appeals

---

MATTER OF:

Kenia Elizabeth VASQUEZ-DUBON, A█████████

Respondent

| FILED |
| --- |
| Jul 11, 2023 |

---

ON BEHALF OF RESPONDENT: Jan Peter Weiss, Esquire

IN REMOVAL PROCEEDINGS
On Appeal from a Decision of the Immigration Court, Miami, FL

Before: Mahtabfar, Appellate Immigration Judge

MAHTABFAR, Appellate Immigration Judge

A Notice of Appeal (Form EOIR-26) must be filed within 30 calendar days of an Immigration Judge's oral decision or the mailing of a written decision unless the last day falls on a weekend or legal holiday, in which case the appeal must be received no later than the next business day. 8 C.F.R. § 1003.38(b), (c). In the instant case, the Immigration Judge's decision was served on to both parties on July 24, 2022. The appeal was accordingly due on or before August 23, 2022. We note that the Immigration Judge erroneously notified the parties that the appeal was due on August 22, 2022. The record reflects, however, that the Notice of Appeal mailed after the due date and filed with the Board of Immigration Appeals on August 24, 2022. We accordingly find that the appeal is untimely. The appeal will be summarily dismissed pursuant to 8 C.F.R. § 1003.1(d)(2)(i)(G).

In conjunction with the appeal, respondent through counsel filed the "Respondent's Motion to Accept Untimely Notice of Appeal," wherein counsel explains, "Due to an Attorney oversight, Respondent's Counsel did not send the appeal notice until August 24, 2022." We do not find the foregoing to be sufficient for us to consider this appeal by certification. The Immigration Judge's decision is therefore now final. *See* 8 C.F.R. §§ 1003.3(a), 1003.38, 1003.39, 1240.14 and 1240.15.

A party wishing to file a motion in this case challenging the finding that the appeal was untimely must file the motion with the Board. A party challenging any other aspect of the Immigration Judge's decision must file the motion with the Immigration Court. *See Matter of Mladineo*, 14 I&N Dec. 591 (BIA 1974); *Matter of Lopez*, 22 I&N Dec. 16 (BIA 1998).

In light of the foregoing, the following order will be entered.

ORDER: The appeal is summarily dismissed