SEE PAYMENT OPTIONS PAGE FOR ELECTRONIC PAYMENT OPTION

U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Final Order Removal
PO Box 19438
Springfield, IL 62794-9438





GOVERNMENT
EXHIBIT

**D**

RETURN SERVICE REQUESTED



Kenia Elizabeth Vasquez Dubon
1171 NW 15TH CT APT 5
BOCA RATON FL 33486-2056

**INVOICE**
**Centralized Receivables Service**
CRS INVOICE NUMBER:     26001846253
AGENCY REFERENCE:     OPLAMIANIF274D206361478
INVOICE DATE:     07/14/2025

| DESCRIPTION |
|---|
| Civil penalties are being imposed under the Immigration and Nationality Act due to your failure to timely depart the U.S. following a final removal order. Notwithstanding any timeframes specified in this letter, if you fail to pay the full amount on or before the deadline listed below, the Department of Justice may initiate legal proceedings against you at any time. However, you can avoid payment if you voluntarily depart the United States immediately. See Additional Notifications page. |

| TOTAL AMOUNT DUE ON OR BEFORE 07/24/2025 | $662,672.00 |
|---|---|

Payment in full is due now. If you have any questions concerning this invoice, contact the Centralized Receivables Service (CRS) at 1-888-576-0663. The Centralized Receivables Service is a service provided by the U.S. Department of the Treasury to Federal agencies to assist in the management of accounts receivables.

Federal agencies are generally required to assess interest, administrative costs and penalties on past due amounts. Interest accrues at the annual rate of 5% on any amount outstanding from the Invoice Date. Administrative costs include processing and handling of unpaid balances. A penalty will be assessed at the annual rate of 6% on any amount outstanding after 91 days from the Invoice Date. You can avoid assessment of any charges, if we receive payment for the above amount on or before 07/24/2025.

If you fail to pay the full amount within 60 days from the date of this invoice, the Centralized Receivable Service will refer your debt(s) to the U.S. Department of the Treasury's Cross-Servicing program for collection, at which time additional administrative costs that may exceed 32% will be added to your debt(s). Administrative costs may change in the future without notice. In addition, Treasury may take any or all of the following actions:

- Reduce any eligible Federal and State payments due to you.
- Refer your debt(s) to a private collection agency.
- Refer your debt(s) to the U.S. Department of Justice to initiate litigation.
- Report the indebtedness to national credit bureaus.
- Report your debt(s) to the IRS as potential income.

You have the right to inspect and copy records related to this invoice and request a review of the determination of the amount due. You also have the right to enter into a reasonable repayment agreement that is acceptable to the agency.

If additional rights and notifications apply to you, you will find a reference page immediately following this Invoice. Unless otherwise specified in the attached reference page, if you wish to exercise any of your rights, we must receive your request on or before 30 days from the date of this Invoice.

FIVINVDP-0711-2203119554-00158-158

Questions or requests to exercise any of your rights should be directed to the Centralized Receivables Service at 1-888-576-0663, or in writing at the following address:

U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Final Order Removal
PO Box 19296
Springfield IL 62794-9296

Your prompt attention to this matter is appreciated.

CRS Payment Servicing Specialist
1-888-576-0663

**Please see the PAYMENT OPTIONS page.**
**Thank you for your timely payment!**

FIVINVDP-0711-2203119554-00158-158

# ADDITIONAL NOTIFICATIONS OF YOUR RIGHTS

**Denial of Future Federal Loans and Privileges:** If your delinquent debt with the United States government is reported to a credit bureau, your credit rating could be adversely affected. In addition, delinquency is a bar to obtaining Federal loans and other privileges. Except in limited circumstances, Federal agencies and their lenders are prohibited from approving your application for Federal direct, insured, or guaranteed loans until you resolve your outstanding delinquent debt.

**Bankruptcy:** If you have filed a petition for bankruptcy and the automatic bankruptcy stay is in effect, please notify the Centralized Receivables Service so that collection efforts on your account can be terminated. Please notify us of the stay by sending a copy of your filed and approved bankruptcy petition to:

U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Final Order Removal
PO Box 19296
Springfield IL 62794-9296

**Litigation and Other Remedies:** Notwithstanding any timeframes specified in this letter, the United States reserves its right to pursue any and all collection remedies at any time, to the extent permissible by law, including enforcement through litigation. If the Department of Justice has filed a lawsuit, the applicable rules of civil procedure will govern the rights and defenses afforded in that matter. However, you can avoid payment if you voluntarily depart the United States immediately. If you confirm your departure with U.S. Immigration and Customs Enforcement, or through the CBP Home mobile application, prior to the due date of this invoice, the government will waive the fines you have incurred.

## PAYMENT OPTIONS

**You have the following options to make full payment of the amount due:**

**Payment by Internet:** Make an on-line payment 24 hours a day/7 days a week using your checking/savings account or card at the CRS Invoice Payment Portal: https://crsportal.fiscal.treasury.gov/



CRS Invoice Number: 26001846253
Zip Code: 33486

*Contact CRS at 1-888-576-0663 if you require assistance in making payment.

**Payment by Phone:** Make a payment by calling 1-888-576-0663 between the hours of 8 AM and 8 PM Eastern Time, Monday through Friday, excluding Holidays. Please have your checking/savings account or card information available before calling.

**Contact the Centralized Receivables Service at 1-888-576-0663**
with any questions about this invoice or available payment options.