

**Department of Homeland Security**
**U.S. Immigration & Customs Enforcement**
**Financial Service Center-Burlington**

## CERTIFICATE OF INDEBTEDNESS (COI)

I certify that the records of U.S. Immigration & Customs Enforcement (ICE) show that the debtor, **Kenia Elizabeth Vasquez Dubon**, is indebted to the United States in the total amount of **$668,390.95**.

This debt arose from the debtor's failure to depart the United States in violation of a Final Order of Removal issued by an immigration judge on July 22, 2022. As a result of this violation, the debtor is subject to civil penalty of $998 per day under section 274D of the Immigration and Nationality Act, 8 U.S.C. § 1324d, and 8 C.F.R. § 280.53.

ICE prepared a Notice of Intention to Fine (NIF) on May 19, 2025. To calculate the principal fine amount, ICE multiplies $998 by the total number of days since the Final Order of Removal. At the time the NIF was prepared, 1,032 days had elapsed since the debtor's Final Order of Removal. ICE determined to assess a civil monetary penalty for a period of 664 consecutive days during which the alien willfully failed to depart the United States pursuant to a final order of removal.

ICE mailed the NIF to the debtor's last known address, **1171 NW 15th Ct., Apt. 5, Boca Raton, FL 33486**, on or around June 6, 2025 and the NIF arrived at the USPS Regional Facility in Gaithersburg, MD, on June 10, 2025. ICE mailed an invoice demanding payment to **1171 NW 15th Ct., Apt. 5, Boca Raton, FL 33486-2056**, on or around July 14, 2025.

No payment has been made to satisfy this debt, and government databases show no record of departure for this debtor.

Interest accrues on the debt at the annual rate of 5% starting on the invoice date. Penalty charges accrue at the annual rate of 6% starting 91 days from the invoice date. All charges are computed under 31 U.S.C. § 3717. The table below sets forth the total debt due as of February 6, 2026.

| | |
|---|---|
| Invoice No. | 26001846253 |
| Order Deadline to Depart | 7/22/2022 |
| Date NIF Prepared | 5/19/2025 |
| Days between Order and NIF | 1,032 |
| Daily Fine | $998 |
| Principal | $662,672.00 |
| Interest | $5,718.95 |
| **TOTAL** | **$668,390.95** |

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

February 6, 2026                                         _____
Date                                                              John Monette
                                                                      Branch Chief
                                                                      Revenue Management Branch